IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America, | ) | C/A No.: 3:15-4189-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| William F. Gorski, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 9, 2015, the United States of America ("Plaintiff") filed a complaint against William F. Gorski ("Defendant") seeking to collect on a debt. [ECF No. 1]. Plaintiff filed a motion for summary judgment on June 21, 2016. [ECF No. 14]. Although Defendant is an attorney, because he is also proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motion and of the need for him to file an adequate response by July 28, 2016. [ECF No. 15]. Defendant was specifically advised that if he failed to respond adequately, Plaintiff's motion may be granted. *Id*. Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Defendant failed to properly respond to the motion.

On August 1, 2016, the court ordered Defendant to advise whether he opposes Plaintiff's motion for summary judgment and to file a response to Plaintiff's motion by August 12, 2016. [ECF No. 16]. Defendant has filed no response. As such, it appears to the court that he does not oppose the motion. Therefore, the undersigned recommends judgment in the amount of $100,134.93 be entered for Plaintiff, based on Plaintiff's

uncontested statement of Defendant's debt [ECF No. 14-13].

    IT IS SO RECOMMENDED.

August 18, 2016                                          Shiva V. Hodges
Columbia, South Carolina                    United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

> Robin L. Blume, Clerk
> United States District Court
> 901 Richland Street
> Columbia, South Carolina 29201

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).