IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, | C/A No. 3:15-4189-TLW |
| Plaintiff, | |
| v. | **ORDER** |
| William F. Gorski, | |
| Defendant. | |

The United States of America (Government) filed this action against William F. Gorski, an attorney, seeking to collect on student loan debts. ECF No. 1. The matter now comes before this Court for review of the Report and Recommendation (R&R) filed by Magistrate Judge Hodges, to whom this case was assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), DSC. ECF No. 17. In the R&R, the Magistrate Judge recommends that the Court grant the Government's unopposed motion for summary judgment, ECF No. 14. Objections to the R&R were due on August 18, 2016, no objections were filed.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's R&R to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that R&R. 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the R&R and the record in this case. The record evidence and the facts presented in the Government's motion reflect that is appropriate to grant summary judgment. The Court also notes that Gorski filed no objections to the R&R and no opposition to the Government's motion even when prompted to do so by the Magistrate Judge. ECF Nos. 15, 16. Therefore, the R&R is hereby ACCEPTED and for the reasons articulated by

the Magistrate Judge in the R&R, the Government's motion for summary judgment, ECF No. 14, is GRANTED. Having granted the Government's motion for summary judgment, the Clerk is directed to enter judgment in the amount of $100,134.93 based on Plaintiff's uncontested statement of Defendant's debt.  ECF No. 14-13.

     IT IS SO ORDERED.

*s/Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

October 14, 2016
Columbia, South Carolina